Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE DANIEL TAVERNA, et al,<br><br>Defendants. | CASE NO. 8:21-cv-01858-TJH-PLA<br><br>ORDER GRANTING  STIPULATION OF DISMISSAL  [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, and Defendant Jorge Daniel Taverna, that the above-entitled action is hereby dismissed *with prejudice* against Jorge Daniel Taverna, and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: DECEMBER 22, 2022
**The Honorable Terry J. Hatter, Jr.**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///